THE STATE EX REL. KENNEHAN *v.* OHIO ADULT PAROLE AUTHORITY ET AL.

[Cite as *State ex rel. Kennehan v. Ohio Adult Parole Auth.* (2000), 89 Ohio St.3d 522.]

(No. 00–830—Submitted July 25, 2000—Decided August 3, 2000.)

*James V. Kennehan, pro se.*

The petition for a writ of habeas corpus is dismissed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, and because petitioner has or had an adequate remedy by the filing of a motion for leave to file a delayed appeal.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.